UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-Cr-288 (SHS) |
| -against- | : | |
| BRIAN COULTER, | : | ORDER |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

At the request of the parties,

IT IS HEREBY ORDERED that the Clerk of Court is directed to unseal the (S1) Indictment in this matter.

Dated: New York, New York
September 1, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.