UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA, : 26-Cr-288 (SHS)

-against- :

ORDER

BRIAN COULTER, :

Defendant. :

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

IT IS HEREBY ORDERED that Calvin H. Scholar Esq., the attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act.

Dated: New York, New York
September 1, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.