UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 26-Cr-288 (SHS) |
| -v- | : | |
| BRIAN COULTER, | : | <u>ORDER</u> |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Argument having been held yesterday regarding the government's appeal of the Order Setting Conditions of Release signed by Magistrate Judge Paige J. Gossett in the District of South Carolina dated August 31, 2026,

IT IS HEREBY ORDERED that the Court upholds the bail package set by Mag. Judge Gossett with the following addition: the $25,000.00 bond is increased to $50,000.00. Defendant shall comply with that condition by 12:00 p.m. on September 8, 2026. All other conditions remain as previously set by Mag. Judge Gossett.

Dated: New York, New York
September 2, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.