**TURANO LAW**

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 594-5666
FAX (917) 594-5667

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (917) 594-5667

**MEMO ENDORSED**

November 18, 2026

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Shawn King
26 Cr. 288 (SHS)

Dear Judge Stein:

Shawn King was released by the Court on June 10, 2026, on an unsecured bond. His pretrial release conditions include travel restrictions, full-time employment, and electronic monitoring. He has been fully compliant with all of his conditions of release.

He requests permission to attend Thanksgiving with relatives in Delaware. If permitted, he intends to leave New Jersey on November 25, 2026, and return home on November 27, 2026.

The Government (by AUSA Diarra Guthrie) deferred to Pretrial Services. Pretrial Officer Francesca Piperato consents with the expressed condition that Mr. King provide his supervising Pretrial Services officer in the District of New Jersey with the address he will be staying while in Delaware.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ *Stephen Turano*
Stephen Turano

cc: All Counsel of Record (by ECF)

**Defendant's request to travel is granted. He must provide all his travel information to his Pretrial Services officer, including the address where he will be staying.**

**Dated: New York, New York**
**November 19, 2026**

SO ORDERED

[signature]

SIDNEY H. STEIN
U.S.D.J.